UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE GENETICALLY MODIFIED ) 
RICE LITIGATION ) Case No. 4:06MD1811 CDP
 )
This Order Relates to:
Tilda, LTD  Case No. 4:07CV0457 CDP
v. Riceland Foods, Inc., et. al.

# ORDER OF CLARIFICATION

In an order dated February 13, 2008, I granted plaintiff's motion for leave to file an amended complaint. Plaintiff's motion did not seek to file such a complaint immediately, however. Rather, plaintiff's motion requested leave to assert claims against additional parties if and when those parties are served with third-party complaints by the defendants.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's amended complaint will not be deemed filed until such time as one or more defendants has served the newly added parties.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of February, 2008.